United States District Court
Eastern District of California

Kimberly Heines,

Plaintiff(s)

V.

AstraZeneca Pharmaceuticals LP; AstraZeneca LP; and Merck Sharp & Dohme LLC,

Defendant(s)

Case Number: 2:26-cv-02262-DAD-ICD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Tracy L. Turner hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Kimberly Heines.

On 11/09/1998 (date), I was admitted to practice and presently in good standing in the Ohio (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/22/2026

Signature of Applicant: /s/ *Tracy L. Turner*

**Pro Hac Vice Attorney**

Applicant's Name: Tracy L. Turner

Law Firm Name: PENDLEY, BAUDIN & COFFIN, LLC

Address: P.O. Drawer 71

24110 Eden Street

City: Plaquemine State: LA Zip: 70765

Phone Number w/Area Code: (225) 687-6396

City and State of Residence: New Albany, Ohio

Primary E-mail Address: tturner@pbclawfirm.com

Secondary E-mail Address: ______________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court’s ECF system:

Local Counsel's Name: Monique A. Alarcon

Law Firm Name: WISNER BAUM LLP

Address: 11111 Santa Monica Blvd., Suite 1750

City: Los Angeles State: CA Zip: 90025

Phone Number w/Area Code: (310) 207-3233 Bar # 311650

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 22, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT