# United States District Court
# Eastern District of California

Kimberly Heines

Plaintiff(s)

V.

AstraZeneca Pharmaceuticals LP, et al.,

Defendant(s)

Case Number: 2:26-cv-02262-DAD-ICD

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Amy K. Fisher hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Merck Sharp & Dohme LLC

On 11/19/2001 (date), I was admitted to practice and presently in good standing in the USDC Northern District of Indiana (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/03/2026

Signature of Applicant: /s/ Amy K. Fisher

**Pro Hac Vice Attorney**

Applicant's Name: Amy K. Fisher

Law Firm Name: McCarter & English, LLP

Address: 10 E. Main Street

Suite 200

City: Carmel State: IN Zip: 46032

Phone Number w/Area Code: (317) 810-5484

City and State of Residence: Zionsville, Indiana

Primary E-mail Address: afisher@mccarter.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Megan A. Suehiro, Esq.

Law Firm Name: Morgan, Lewis & Bockius LLP

Address: 300 South Grand Avenue, 22nd Floor

City: Los Angeles State: CA Zip: 90071-3132

Phone Number w/Area Code: (213) 612-2500 Bar # 316104

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 16, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT